AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Elizabeth Hopkinson

CASE NUMBER: 08CV ~~3300~~ 3303

V.

ASSIGNED JUDGE: JUDGE GOTTSCHALL

Phillip Gillespie

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Phillip Gillespie, 719 Whitehead Road, Athens, GA 30606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

O'Reilly Law Offices
1751 S. Naperville Road, Suite 101
Wheaton, IL 60187

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Hurley* (signature)

(By) DEPUTY CLERK



June 9, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 7-1-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James Erik Foreland | Cpl. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tina Gilllespie wife

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-1-08
                  Date

Signature of Server: Cpl. _____ 0225

Address of Server: 325 E. Washington ST

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH L. HOPKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )    No  08 CV 3300 |
| | ) |
| PHILLIP G. GILLESPIE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

     PLEASE TAKE NOTICE that on the 8th day of July, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following:

**SHERIFF'S RETURN OF SUMMONS ON DEFENDANT**

Dated: July 8, 2008

S/John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Plaintiff
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444