101.011984

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH L. HOPKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08CV3303 |
| | ) | Judge Gottschall |
| PHILLIP G. GILLESPIE, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

### *CERTIFICATE OF SERVICE*

I certify that on July 18, 2008, I electronically filed the foregoing **CERTIFICATE OF SERVICE OF APPEARANCE OF ATTORNEY MICHAEL LaBARGE ON BEHALF OF DEFENDANT PHILLIP GILLESPIE and ANSWER TO COMPLAINT AT LAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Francis O'Reilly                    oreillylaw@msn.com
O'Reilly Law Offices
1751 South Naperville Rd.
St. 101
Wheaton, IL 60187-0907


Molly Maureen O'Reilly                    mollyoreillylaw@yahoo.com
O'Reilly Law Offices
1751 South Naperville Rd.
St. 101
Wheaton, IL 60187-0907

s/*Michael R. LaBarge*

LaBarge Campbell & Lyon, LLC
Attorney for Defendant Gillespie
200 W. Jackson Boulevard
Suite 2050
Chicago, IL 60606
312-580-9010
Attorney ID No.: #06183284