101.011984                #06183284

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH L. HOPKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08CV3303 |
| | ) | Judge Gottschall |
| PHILLIP G. GILLESPIE, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------- | ) | |
| PHILLIP G. GILLESPIE, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIELLE S. DEPAOLA, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

### CERTIFICATE OF SERVICE

I certify that on July 23, 2008, I electronically filed the foregoing **CERTIFICATE OF SERVICE OF THIRD-PARTY PLAINTIFF PHILIP G. GILLESPIE'S THIRD-PARTY COMPLAINT AGAINST DANIELLE S. DEPAOLA,** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John Francis O'Reilly<br>O'Reilly Law Offices<br>1751 South Naperville Rd.<br>St. 101<br>Wheaton, IL 60187-0907 | oreillylaw@msn.com |
| Molly Maureen O'Reilly<br>O'Reilly Law Offices<br>1751 South Naperville Rd.<br>St. 101<br>Wheaton, IL 60187-0907 | mollyoreillylaw@yahoo.com |

*s/Michael R. LaBarge*

LaBarge Campbell & Lyon, LLC
Attorney for Defendant Gillespie
200 W. Jackson Boulevard
Suite 2050
Chicago, IL  60606
312-580-9010
Attorney ID No.: #06183284