AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

ELIZABETH L. HOPKINSON,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

PHILLIP G. GILLESPIE,

CASE NUMBER:   08CV3303

ASSIGNED JUDGE:   Gottschall

V. THIRD PARTY DEFENDANT

DANIELLE S. DEPAOLA,

DESIGNATED MAGISTRATE JUDGE:   Cole

TO: Name and address of Third Party Defendant

Danielle S. Depaola
706 Bluff Street
Carol Stream, IL 60188-1690

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

John Francis O'Reilly
O'Reilly Law Offices
1751 South Naperville Rd., Suite 101
Wheaton, IL 60187-0907

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Michael R. LaBarge
LaBarge, Campbell & Lyon, L.L.C.
200 West Jackson Blvd., Suite 2050
Chicago, IL 60606

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                          DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the third-party defendant. Place where _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

Executed on _____
         Date            Signature of Server

                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.