# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08CV3303

ELIZABETH L. HOPKINSON,

v.

PHILLIP G. GILLESPIE,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

PHILLIP G. GILLESPIE

---

NAME (Type or print)
Camilla M. Pollock-Flynn

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ *Camilla M. Pollock-Flynn*

FIRM  LaBarge, Campbell & Lyon, L.L.C.

STREET ADDRESS: 200 West Jackson Boulevard, Suite 2050

CITY/STATE/ZIP: Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6294564 | TELEPHONE NUMBER: 312-580-1900 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL